**08 CV 00875**

ARENT FOX LLP
David N. Wynn, Esq. (DW-8660)
1675 Broadway
New York, NY 10019-5874
Telephone: (212) 484-3959
Facsimile: (212) 484-3990
wynn.david@arentfox.com
          and
Savalle C. Sims, Esq. (pro hac vice application to be filed)
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6385
sims.savalle@arentfox.com
*Attorneys for Plaintiff*
Organogenesis, Inc.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORGANOGENESIS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ADVANCED BIOHEALING, INC., <br><br> Defendant. | Civil Action No. <br><br> RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, and to enable judges and magistrates of the Court to evaluate possible disqualification or refusal, the undersigned attorney of record for Plaintiff ORGANOGENESIS, INC., certifies that there are no corporate parents,

NYC/365447.1

subsidiaries, or affiliates of the parties, securities or other interests which are publicly held

Dated: January 23, 2008
New York, New York

Respectfully submitted,

ARENT FOX PLLC

By: _____
David N. Wynn (DW-8660)
1675 Broadway
New York, New York 10019
Tel: (212) 484-3900
Fax: (212) 484-3990
*Attorneys for Plaintiff
Organogenesis, Inc.*

Of Counsel
James R. Ravitz, Esq.
Savalle C. Sims, Esq.
Ross Q. Panko, Esq.
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 857-6000

NYC/365447.1