ARENT FOX LLP
David N. Wynn, Esq. (DW-8660)
1675 Broadway
New York, NY 10019-5874
Telephone: (212) 484-3959
Facsimile: (212) 484-3990
wynn.david@arentfox.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| ORGANOGENESIS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ADVANCED BIOHEALING, INC., <br><br> Defendant. | Civil Action No. 08 cv 875 (AKH) <br> Hon. <br><br> CERTIFICATE OF SERVICE |

I, David N. Wynn, certify that a true and correct copies of Summons, Complaint, Civil Cover Sheet, Rule 7.1 Statement, signed Order to Show Cause, Declaration of Patrick Bilbo and Declaration of Savalle C. Sims in Support of Motion for Temporary Restraining Order and Motion for Preliminary Injunction., and Plaintiff's Memorandum of Law in support, was served upon counsel for Defendant, by hand on January 24, 2008. Service was accepted by:

> James Marks, Esq.,
> Holland & Knight
> 195 Broadway
> New York, New York 10007

on behalf of Defendant.

_____
David N. Wynn