ARENT FOX LLP
David N. Wynn, Esq. (DW-8660)
1675 Broadway
New York, NY 10019-5874
Telephone: (212) 484-3959
Facsimile: (212) 484-3990
wynn.david@arentfox.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| ORGANOGENESIS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ADVANCED BIOHEALING, INC., <br><br> Defendant. | Civil Action No. 08 CV 875 (AKH) <br><br> CERTIFICATE OF SERVICE |

I, David N. Wynn, certify that a true and correct copy of Motion for the *Pro Hac Vice* Admission for Savalle C. Sims, with Affidavit of David Wynn and exhibits attached thereto was served upon counsel for Defendant, by hand on January 24, 2008. Service was accepted by:

> James Marks, Esq.,
> Holland & Knight
> 195 Broadway
> New York, New York 10007

on behalf of Defendant.

_____
David N. Wynn