James V. Marks (JM 6257)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORGANOGENESIS, INC., <br><br> Plaintiff, <br><br> - against - <br><br> ADVANCED BIOHEALING, INC., <br><br> Defendant. | 08 Civ. 875 (AKH) <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Advanced Biohealing, Inc. ("ABH"), a non-governmental, corporate party, hereby certifies through its attorneys, Holland & Knight LLP, that (i) it does not have any parent corporation and (ii) Safeguard Scientifics, Inc., a publicly held corporation, owns more than 10% of ABH's stock.

Dated: New York, New York
       January 29, 2008

                                          Respectfully submitted,

                                          HOLLAND & KNIGHT LLP

                                          By: _____
                                              James V. Marks (JM6257)
                                              195 Broadway
                                              New York, New York 10007
                                              (212) 513-3200

                                          Attorneys for Defendant

# 5088584_v1