

James V. Marks, Esq. (JM6257)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.:  (212) 513-3200
Fax:  (212) 385-9010

*Attorneys for Defendant Advanced Biohealing, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| ORGANOGENESIS, INC.,<br><br>                  Plaintiff,<br><br>  - against -<br><br>ADVANCED BIOHEALING, INC.,<br><br>                  Defendant. | 08 Civ. 875 (AKH)<br><br>**DEFENDANT'S NOTICE<br>OF MOTION FOR PRO<br>HAC VICE ADMISSION** |



**PLEASE TAKE NOTICE THAT,** upon the annexed Declarations of James V. Marks

and Charles D. Tobin, the undersigned will move this Court before the Honorable Alvin K.

Hellerstein, U.S.D.J., at the United States Courthouse, 500 Pearl Street, Courtroom 2510, New

York, New York 10007, at a date and time to be set by the Court, for an Order pursuant to the

Local Rules for the United States District Court for the Southern District of New York granting

*pro hac vice* admittance of Charles D. Tobin to the bar of the Court and permitting him to serve

as co-counsel for the defendant, Advanced Biohealing, Inc.

A proposed form of Order is attached hereto.

Dated: February 5, 2008

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
        James V. Marks (JM6257)

*Attorneys for Defendant Advanced Biohealing, Inc.*

195 Broadway
New York, New York  10007
Tel.:    (212) 513-3200
Fax:     (212) 385-9010

# 5094801_v1

James V. Marks, Esq. (JM6257)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007

Tel.:   (212) 513-3200
Fax:   (212) 385-9010

*Attorneys for Defendant Advanced Biohealing, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORGANOGENESIS, INC.,<br><br>                         Plaintiff,<br><br>        - against -<br><br>ADVANCED BIOHEALING, INC.,<br><br>                         Defendant. | 08 Civ. 875 (AKH)<br><br>**DECLARATION OF JAMES V.<br>MARKS IN SUPPORT OF PRO<br>HAC VICE ADMISSION OF<br>CHARLES D. TOBIN** |

JAMES V. MARKS, declares:

1.      I am a member of the firm of Holland & Knight LLP, attorneys for defendant, Advanced Biohealing, Inc.

2.      I am submitting this Declaration in support of the application of Charles D. Tobin for admission to this Court *pro hac vice.*

3.      I was admitted to practice in the courts of the State of New York and the Southern District of New York in 1995.  I am a member in good standing of the bar of each of those courts.  I also am a member in good standing of the New Jersey bar and the bars of various other courts.

4.      Mr. Tobin is a partner with Holland & Knight LLP in our Washington, D.C. office.  He will act as co-counsel in this case.

5.    Mr. Tobin is a member in good standing of the Bar of the District of Columbia having been admitted to that bar in 1997.  A certificate of good standing from the Bar of the District of Columbia is attached to Mr. Tobin's Verified Petition as Exhibit A.

6.    Mr. Tobin also is a member in good standing of the Bar of the State of Florida, having been admitted to that bar in 1989.

7.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       February 5, 2008

_____
                              James V. Marks (JM 6257)

# 5094826_v1

2

James V. Marks, Esq. (JM6257)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.:    (212) 513-3200
Fax:    (212) 385-9010

*Attorneys for Defendant Advanced Biohealing, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORGANOGENESIS, INC.,<br><br>                    Plaintiff,<br><br>        - against -<br><br>ADVANCED BIOHEALING, INC.,<br><br>                    Defendant. | 08 Civ. 875 (AKH)<br><br>**DECLARATION FOR<br>PRO HAC VICE ADMISSION<br>OF CHARLES D. TOBIN** |

**CHARLES D. TOBIN**, being duly sworn, deposes and says:

1.      I am a partner in the law firm of Holland & Knight LLP, attorneys for the defendant, Advanced Biohealing, Inc.  My business address is Holland & Knight LLP, 2099 Pennsylvania Ave., Suite 100, Washington, D.C. 20006.

2.      I was admitted to practice in the courts of the District of Columbia in 1997.  A certificate of good standing issued by the District of Columbia Court of Appeals Committee on Admissions is attached hereto as Exhibit A.

3.      I also was admitted to practice in the courts of the State of Florida in 1989 and remain in good standing with the Bar there as well.

4.      I have not been the subject of any disciplinary proceeding before any court or administrative body.

5.    I certify that I have read an am familiar with the Local Rules of this District and the Federal Rules of Civil Procedure.

6.    I declare under penalty of perjury that the foregoing is true and correct.

**WHEREFORE**, in view of the foregoing, and pursuant to Local Civil Rule 1.3(c), I respectfully request that the Court permit me to appear and participate in the above-entitled case *pro hac vice* as co-counsel for the defendant, Advanced BioHealing, Inc.

Dated: Washington, D.C.
      February _4_ , 2008

_____
                      Charles D. Tobin

# 5094817_v1

2

# Exhibit A



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

CHARLES D. TOBIN

was on the  8th  day of  August, 1997

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington,    D.C.,    on
February 1, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

## ATTORNEY'S AFFIRMATION OF SERVICE VIA MAIL

State of  New York    )
                        ) SS.:
County of New York  )

       RUDY D. GREEN, an attorney admitted to practice in the Courts of the State of New

York, affirms under penalty of perjury:

       That on February 7, 2008, I served the attached, by mailing true copies of the same in a

duly enclosed and sealed wrapper with first-class postage prepaid thereon and addressed to:

     David Neal Wynn
     Arent Fox PLLC (New York)
     1675 Broadway
     New York, NY 10019

     Savalle C. Sims
     Arent Fox LLP
     1050 Connecticut Avenue, NW
     Washington, DC 20036

                                                                    RUDY D. GREEN

Dated: February 7, 2008

James V. Marks, Esq. (JM6257)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York  10007
Tel.:   (212) 513-3200
Fax:   (212) 385-9010

*Attorneys for Defendant Advanced Biohealing, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORGANOGENESIS, INC.,<br><br>                                    Plaintiff,<br><br>          - against -<br><br>ADVANCED BIOHEALING, INC.,<br><br>                                    Defendant. | 08 Civ. 875 (AKH)<br><br>**ORDER FOR PRO<br>HAC VICE ADMISSION** |

       Upon the motion of James V. Marks attorney for Defendant Advanced Biohealing, Inc. and said sponsor attorney's affidavit in support;

       **IT IS HEREBY ORDERED** that
       Charles D. Tobin
       Holland & Knight LLP
       2099 Pennsylvania Ave., Suite 100,
       Washington, D.C. 20006

is admitted to practice *pro hac vice* as counsel for Defendant Advanced Biohealing, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, NY
      _____, 2008


                                 _____
                                 U.S. District Judge Alvin K. Hellerstein

# 5117357_v1