James V. Marks, Esq. (JM6257)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.:   (212) 513-3200
Fax:   (212) 385-9010

*Attorneys for Defendant Advanced Biohealing, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

ORGANOGENESIS, INC.,

                Plaintiff,

- against -

ADVANCED BIOHEALING, INC.,

                Defendant.

08 Civ. 875 (AKH)

**ORDER FOR PRO
HAC VICE ADMISSION**

      Upon the motion of James V. Marks attorney for Defendant Advanced Biohealing, Inc. and said sponsor attorney's affidavit in support;

      **IT IS HEREBY ORDERED** that
Charles D. Tobin
Holland & Knight LLP
2099 Pennsylvania Ave., Suite 100,
Washington, D.C. 20006

is admitted to practice *pro hac vice* as counsel for Defendant Advanced Biohealing, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, NY
       2/15_____, 2008

_____
U.S. District Judge Alvin K. Hellerstein

# 5117357_v1