James V. Marks, Esq. (JM6257)
Christine Tramontano, Esq. (CT 0207)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.:   (212) 513-3200
Fax:   (212) 385-9010

*Attorneys for Defendant Advanced Biohealing, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORGANOGENESIS, INC.,<br><br>      Plaintiff,<br><br>- against -<br><br>ADVANCED BIOHEALING, INC.,<br><br>      Defendant. | 08 Civ. 875 (AKH)<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that the firm of Holland & Knight LLP hereby appears in the action on behalf of the Defendant Advanced Biohealing, Inc. and requests that it be served with a copy of all future pleadings, discovery and submissions to the Court.

Dated: New York, New York
   February 21, 2008

                Respectfully submitted,

                HOLLAND & KNIGHT LLP

                By: _____
                  James V. Marks (JM 6257)
                  Christine Tramontano (CT 0207)

# 5141465_v1