James V. Marks, Esq. (JM6257)
Christine Tramontano, Esq. (CT 0207)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010

*Attorneys for Defendant Advanced Biohealing, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORGANOGENESIS, INC., | 08 Civ. 875 (AKH) |
| Plaintiff, | |
| - against - | **NOTICE OF APPEARANCE** |
| ADVANCED BIOHEALING, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that the firm of Holland & Knight LLP hereby appears in the action on behalf of the Defendant Advanced Biohealing, Inc. and requests that it be served with a copy of all future pleadings, discovery and submissions to the Court.

Dated: New York, New York
       February 25, 2008

                                    Respectfully submitted,

                                    HOLLAND & KNIGHT LLP

                                    By: _____
                                        James V. Marks (JM 6257)
                                        Christine Tramontano (CT 0207)

# 5141465_v1