Arent Fox LLP / Washington, DC / New York, NY / Los Angeles, CA

# Arent Fox

RECEIVED
FEB 2 8 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

February 27, 2008

**Savalle C. Sims**
Attorney
202.857.8948 DIRECT
202.857.6395 FAX
sims.savalle@arentfox.com

*The conference is adjourned to April 4, 2008, 10:30 am. ~ 2-28-08* [handwritten]

***VIA FACSIMILE***

The Honorable Alvin K. Hellerstein
United States District Court
    Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942

*Re:    **Organogenesis, Inc. v. Advanced BioHealing, Inc.; Case No.: 08 Civ 875***

Dear Judge Hellerstein:

We represent the Plaintiff Organogenesis, Inc. in the above-referenced matter. We write with the consent of the Defendant Advanced BioHealing, Inc.

We respectfully write to request an adjournment of a settlement conference scheduled on Friday, February 29, 2008.[1] The parties are currently engaged in settlement discussions on certain matters. The parties believe that additional preparation and discussions would be helpful to the parties before they meet with the Court for a settlement conference.

Thus, the parties respectfully request that the February 29, 2008 settlement conference scheduled at 10:30 a.m. be rescheduled. The best date available for the parties is March 11, 2008. However, the parties are also available on March 25, March 26, April 1, or April 2. There have been no previous requests for an adjournment or extension in this matter. The Defendant Advanced BioHealing, Inc. consents to this request and the request will not impact any other scheduled dates in this matter.

---

[1]    The parties acknowledge that the instant request comes less than forty-eight hours prior to the settlement conference. Counsel apologizes for the delay which is due in large measure to additional settlement discussions between the parties which prompted the instant request.

RPP/246150.1
SMART IN YOUR WORLD

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000  F 202.857.6395

1675 Broadway
New York, NY 10019-5820
T 212.484.3900  F 212.484.3990

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213.629.7400  F 213.629.7401

The Honorable Alvin K. Hellerstein
February 27, 2008
Page 2

We appreciate the Court's assistance.  Please do not hesitate to contact me should the Court require any further information.

Respectfully submitted,

Savalle C. Sims

cc:  James V. Marks, Esquire