# Judge Hellerstein

ARENT FOX LLP
David N. Wynn, Esq. (DW-8660)
1675 Broadway
New York, NY 10019-5874
Telephone: (212) 484-3959
Facsimile: (212) 484-3990
wynn.david@arentfox.com
       and
Savalle C. Sims, Esq. (pro hac vice application to be filed)
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6385
sims.savalle@arentfox.com
*Attorneys for Plaintiff*
Organogenesis, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK

**08 CV 00875**

---

ORGANOGENESIS, INC.,

   Plaintiff,

-against-

ADVANCED BIOHEALING, INC.,

   Defendant.

---

Civil Action No. 08 cv 00875 (AKH)
Hon.

MOTION FOR THE PRO HAC VICE
<u>ADMISSION FOR SAVALLE C. SIMS</u>

**PURSUANT TO RULE** 1.3(c) of the Local Rule of the United States Court for the Southern and Eastern District of New York, I, David N., Wynn, a member in good standing of the bar of this Court, hereby move for an Order allowing the Admission *pro hac vice* of Savalle C. Sims, of the firm of Arent Fox LLP, located at 1050 Connecticut Avenue, NW, Washington, DC 20036-5339, Telephone: (202) 857-6000, Facsimile: (202) 857-6385.

NYC/365466.1

*[Handwritten: Granted without objection. So ordered. /s/ [signature] 1/29/08]*

Savalle C. Sims is a member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against Savalle C. Sims in any State or Federal court.

Dated: January 24, 2008
New York, New York

_____
David N. Wynn, (DW-8860)
1675 Broadway
New York, NY 10019-5874
Telephone: (212) 484-3959
Facsimile: (212) 484-3990
wynn.david@arentfox.com

*Attorneys for Plaintiff* Organogenesis, Inc.,

Of Counsel
James R. Ravitz, Esq.
Savalle C. Sims, Esq.(pro hac vice application to be filed)
Ross Q. Panko, Esq.
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 857-6000

NYC/365466.1