James V. Marks, Esq. (JM6257)
Sean C. Sheely, Esq. (SS2920)
Christine Tramontano, Esq. (CT 0207)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York  10007
Tel.:  (212) 513-3200
Fax:  (212) 385-9010

*Attorneys for Defendant Advanced Biohealing, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORGANOGENESIS, INC., | 08 Civ. 875 (AKH) |
| Plaintiff, | |
| - against - | **NOTICE OF APPEARANCE** |
| ADVANCED BIOHEALING, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that Sean C. Sheely a member of the firm of Holland & Knight LLP hereby appears in the action on behalf of the Defendant Advanced Biohealing, Inc. and requests that he be served with a copy of all future pleadings, discovery and submissions to the Court.

Dated: New York, New York
       March 24, 2008

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Sean C. Sheely

# 5141465_v1